IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

JAKUBOWICZ, *et al.*,

                Plaintiffs,                Docket No: 18-cv-1450 (RDM)

        -against-

ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

------------------------------------------------------------------- X

## MOTION FOR JUDGMENT ON DEFAULT

Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an order:

a)      Pursuant to 28 U.S.C. § 1608(e), granting judgment on default as against Defendants Islamic Rep. of Iran ("Iran") and The Syrian Arab Republic ("Syria");

b)      Granting pre-and post-judgment interest in favor of the Plaintiffs; and

c)      Granting such other and further relief as is just and proper under the circumstances.

The Clerk has noted these Defendants' defaults (DE 26, 27).

While entry of default normally establishes a defendant's liability, the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1608(e) provides that "[n]o judgment by default shall be entered…against a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state, unless the claimant establishes his right to relief by evidence satisfactory to the court." *Id.*

Accordingly, Plaintiffs submit the following testimony and evidence in support of their claims against these Defendants and respectfully request that the Court enter a judgment on default as against each of the Defendants Iran and Syria.

**A.   Experts**

Plaintiffs submit declarations from each of the following experts:

1. Declaration of Mr. Arieh Dan Spitzen, Israel Defenses Forces Colonel (retired). Mr. Spitzen addresses Hamas' responsibility for one of the terror attacks at issue in this case.

2. Declaration of Dr. Patrick Clawson. Dr. Clawson addresses Iran's provision of material support to Hezbollah.

**B.   Plaintiffs' Declarations**

Plaintiffs submit the declarations and evidence from the following Plaintiffs:

1. Declaration of Shachar Boteach with Exhibits 1-8.
2. Declaration of Rita Avni Ankori with Exhibits 1-8.
3. Declaration of Chana Liba Kumer with Exhibits 1-2.
4. Declaration of Malka Kumer with Exhibits 1-2.
5. Declaration of Akiva Benjamin Jakubowicz.
6. Declaration of Florence Tzippora Jakubowicz.
7. Declaration of Bernard Jakubowicz.
8. Declaration of Yonaton Eliezer Jakubowicz.
9. Declaration of Rachel Chana Anaki.
10. Declaration of Ayelet Tikva Jakubowicz.
11. Declaration of Avital Molodick.

**C.     Minor Children**

In their declarations, Plaintiffs discuss the damages suffered by their minor children and now decreased family members as follows:

1. Declaration of Rita Avni (Ankori) in which she addresses the damages of minor Plaintiffs E.A., R.A. and V.A.

2. Declaration of Manya Judith Lakin in which she addresses the damages of minor Plaintiff D.A.B.

3. Declaration of Micah Jonathan Lakin in which he addresses the damages of minor Plaintiff Y.L.

4. Declaration of Nechama Dina Kumer in which she addresses the damages of minor Plaintiff C.L.K.

5. Declaration of Chayim Yosef Kumer in which he addresses the damages of minor Plaintiff C.L.K.

6. Declaration of D.A.B. in which he addresses the damages he has sustained as a result of the terrorists murdering his grandfather, Richard Lakin.

**D.     Psychiatric Expert Evidence**

Plaintiffs submit testimony and evidence on damages from Dr. Rael Strous, a psychiatric expert concerning each Plaintiff's psychological and emotional damages. A Declaration of Dr. Straus is presented, to which are attached the following reports that he prepared:

1. Psychiatric Diagnosis of minor Plaintiffs E.A., R.A. and V.A.

2. Psychiatric Evaluation of Rita Avni (Ankori)

3. Psychiatric Evaluation of minor Plaintiff D.A.B.

4. Psychiatric Evaluation of Shachar Boteach

5. Psychiatric Evaluation of minor Plaintiff Chana Liba Kumer

6. Psychiatric Evaluation of minor Plaintiff Malka Kumer

7. Psychiatric Evaluation of Avital Molodick

8. Psychiatric Evaluation of Akiva Benjamin Jakubowicz

9. Psychiatric Evaluation of Ayelet Jakubowicz

10. Psychiatric Evaluation of Bernard Jakubowicz

11. Psychiatric Evaluation of Florence Jakubowicz

12. Psychiatric Evaluation of Rachel Anaki

13. Psychiatric Evaluation of Yonatan Jakubowicz

14. Psychiatric Diagnosis of minor Plaintiff Y.L.

15. Dr. Rael Strous' Combined Expert Report regarding all Plaintiffs

**E.    Medical Expert Evidence**

Plaintiffs submit testimony and evidence on damages from Dr. Alan Friedman, a medical expert, regarding the following Plaintiffs:

1. Declaration of Dr. Alan Friedman regarding Akiva Jakubowicz.


**WHEREFORE**, Plaintiffs respectfully request that the Court enter a judgment on default as against each of the Defendants, Iran and Syria, and award damages to the Plaintiffs in the amounts requested in the accompanying Memorandum of Law and grant such other and further relief as is just and proper under the circumstances.

Dated:   Brooklyn, New York
         September 24, 2020

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
      Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing Motion was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         September 24, 2020

                                                  Robert J. Tolchin