IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

AKIVA BINYAMIN JAKUBOWICZ, et al.

                Plaintiffs,

    -against-

THE ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.

Docket No: 18-cv-1450 (RDM)

---------------------------------------------------------------------- X

## DECLARATION OF CHANA LIBA KUMER

**CHANA LIBA KUMER**, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1. I am seventeen-years old and a dual citizen of Israel and the United States, born in Tzfat Israel on November 20, 2000. Attached is a picture of me and of my family. (Exhibits 1-2).

2. I am currently a resident of Israel and live in Tzfat.

3. I don't remember much about the Second Lebanon War. What I do remember, I wish I didn't.

4. I was five-years old when the first rocket fell on my hometown of Tzfat. My father, sister, and I were eating lunch. My mother was at work.

5. I don't remember whether the explosions or the sirens started first. Whichever it was, my father rushed us all out of the house as quickly as he could. I remember screaming as we ran through our neighborhood's streets, terrified, as my cries were drowned out by the bombs and alarms meant to warn us about them. Everyone else seemed to be running too, just as afraid and confused as I was. We were all relieved when mother made it to the safety shelter shortly after we did.

6. I asked my mother who was firing the rockets and why they wanted to kill me when I hadn't done anything to them. She told me it was Hezbollah, but she couldn't tell me why.

7. Most of my friends left Tzfat after that first attack, waiting until after the war to come back when it was safe. We couldn't afford the hotels and did not have anyone to stay with, so we went back home and prayed for protection.

8. I remember how I couldn't go out and play. For six weeks I had to stay inside, either listening to the moaning sirens and the detonations of rockets or waiting for them to begin again. We couldn't sleep in our own rooms and beds during the war, instead we brought everyone's mattresses together to sleep in the safest part of the apartment. If the attacks came during our Shabbat meals, we would all huddle together under the dining-room table for protection.

9. One day my babysitter ran into our house in hysterics after her apartment had been hit by a rocket. We spent the day trying to help her calm down, the way she had often done for us.

10. I remember the dogs in the streets, left by families that had fled Tzfat and couldn't bring their pets with them. Abandoned and subjected to the same sirens and explosions, many animals had become nearly feral. If we ever did go out, we had to face the roaming packs of now-wild dogs, in addition to the constant threat of rockets. I never recovered from my fear of dogs after that.

11. For a short period of time we were able to escape on two trips to the south, sponsored for the people whom were left living in Tzfat. We had fun as a family at a water park and the Tel Aviv Safari, but we always had to go back to Tzfat. I could never understand why we couldn't stay in the parks where there were no rockets, no sirens, or dogs and people screaming.

12. My family was lucky that none of us had been physically harmed when the war ended. However we did not escape without injury. The constant attacks and fear had shaken us. We never did go back to how we were before the war.

13. Even after the rockets stopped falling, I was jumpy, always expecting another attack, another siren. When I could get any sleep at all, my nightmares were often filled with rockets, sirens, and wild dogs.

14. I couldn't sleep in my own room or even my own bed anymore. I had to be in the same bed with my sister Malka if I wanted a chance at rest. I was too afraid to go to the bathroom unless someone waited outside the door for me. The night terrified me and I no longer went out after dark. This is true even until this day.

15. My parents sent me to psychologists and therapists when they realized I was still having problems after the war ended. I was diagnosed with Post Traumatic Stress Disorder and Anxiety Disorder. I underwent Cognitive Behavioral Therapy and had three years of art and drama therapy. I've needed regular therapy sessions ever since.

16. This extensive therapy has helped me overcome some of my adversity from the war. I learned to keep my terror of darkness under control, part-way through high-school. I was sixteen-years old when I was finally able to sleep in my own bed again.

17. Unfortunately, I continue to struggle with much of my anxiety and trauma. When my friends are relaxed and laughing, I am tense, worried about when the next attack might come. When I see Arab people around the country, I cannot help but wonder which ones want to kill me. I am terrified to be home alone, or to walk alone in my own neighborhood. Memories of the wild dogs and rockets flood my mind.

18. Not long ago I was at home babysitting my younger siblings while my parents were away at an appointment. I heard a siren. I was nearly paralyzed at the thought that another

war was starting and that I would have to take care of all the children on my own when I, myself, was still broken from the last war. Even after learning the siren was a simple malfunction and false alarm, I couldn't keep my heart from racing, my body from trembling, my thoughts from becoming chaotic from fear and confusion. It took hours for me to recover.

19. Until today I am afraid of many things. I am afraid to fly by myself or go on a bus by myself. Even when I am with a friend, if I hear Arabic or see someone who looks Palestinian, I get very afraid. My mother says I wasn't like this before the rocket attacks, and I don't like feeling this way. My friends do not understand these fears.

20. This year we had a few air strikes against Syria and I was terrified. I wasn't home and I saw the planes of Israel coming and I called my mother, petrified there was a war starting. I felt panic in my heart. I was so afraid and ran into the bomb shelter each time. It took me a long time to recover.

21. I don't know a lot about what has been happening with my sister, Malka. I think my family doesn't want her problems and anxieties to make mine worse. But, I know there are things happening with her. We do not talk a lot. In the beginning, there was a time when we supported each other. After the rocket attacks, we slept in the same bed for a long time and went with each other in the dark, and I feel now I have lost my big sister. I try not to think about it because I want her to get better. I know my parents talk about her a lot and it's making our house very different. When a child is not at home and having problems, it affects everyone. My parents have a lot to deal with and we feel it in the air.

22. I know my father has anxieties and fears also, but he doesn't talk about them with me. I am sure he wants to protect me.

23. I don't know what will happen next. I don't know when the next attack will come or how I will protect my future family. I don't know if I will ever feel completely safe again.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2018, Israel

_____
Chana Liba Kumer



Chana Liba Kumer Dec.
Ex. 1



Chana Liba Kumer Dec.
Ex. 2