IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

AKIVA BINYAMIN JAKUBOWICZ, et al.          Docket No: 18-cv-1450 (RDM)

Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

------------------------------------------------------------------ X

## DECLARATION OF MALKA KUMER

**MALKA KUMER**, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1. I am eighteen-years old and a dual citizen of Israel the United States, born in Tzfat on October 10, 1999. Attached is a picture of me and of my family. (Exhibits 1-2).

2. I am currently a resident of Tzfat, Israel, but I am now staying in Jerusalem.

3. I remember what it was like to feel safe. I was a six-year old girl. I did well in school. I played outside. I often slept over at my friends' houses. I loved my life.

4. July 13, 2006 changed all of that. I had heard the sirens wail during the drills before, but that day was the first time I understood what they were for. I was home from school eating lunch with my father and sister when we heard them.

5. At first, I didn't realize what was going on and what the blaring noise meant. Dad rushed us out of the house and didn't take the time to explain it to us. He didn't even let us finish

our lunches. I remember running and feeling afraid without knowing why. The entire town was running with us, all trying to reach our community shelter. I couldn't see the explosions when the rockets landed, but I heard the thunder they caused. The only thing loud enough to disrupt was the near-deafening screech of the sirens.

6. The shelter was packed to the brim, and more people kept coming. Some were crying, some were yelling, some just stared. It didn't matter whether they were adults or children like me. One of my upstairs neighbors was hit by shrapnel, and I remember her family members shrieking in fear and grief. No one seemed to know what to do, not even my father.

7. My mother finally found us in the shelter. She had left work once she heard the first rockets overhead and came straight to find us. She tried to explain what was happening, why our home was under attack, who would want to hurt us. Some of our friends in the shelter talked about moving down south, closer to Tel Aviv until the war was over. My mother told me that it wasn't an option for us. We didn't have friends or family to stay with, we didn't have the money for a hotel. We would have to stay in Tzfat.

8. Over the next few weeks, we endured hundreds of warning sirens, followed by rocket attacks. It felt like we were always in our house or in a shelter, waiting for the next attack. My family moved our mattresses so that we could sleep together in the hallway of our apartment. It is the safest part of our home. Soldiers would come regularly to check on us and volunteers from outside the city had to bring us food.

9. I remember one day a friend of mine, who had also remained in the city, asked if my sister and I could come over and play. Each time we stepped outside the sirens would go off and we would have to rush back inside. We eventually decided to stay home rather than risk a rocket attack on the way to our friend's house.

10. One day my babysitter ran into our house screaming. Her apartment had been hit by a rocket and we spent the day trying to calm her down.

11. My fear didn't end with the war. The thought of leaving my family for any reason sent me into a spiral of anxiety. I could no longer sleep at my grandmother's house. Slumber parties at friend's houses changed from something I looked forward to, to something that filled me with fear. I could no longer even walk to my neighbor's house to play.

12. My life at home was never normal again. My sister and I shared a bed because I couldn't sleep alone. That's if I could sleep at all. I couldn't even go to the bathroom on my own. Even being left alone on one side of our apartment was enough to make my heart race.

13. Since the war, my anxiety often comes with stomach aches and piling physical pain atop the emotional trauma.

14. My performance fell in school, as tests, deadlines, or anything particularly stressful would trigger debilitating anxiety and panic attacks.

15. When we had rocket drills at my school, I was hysterical. I couldn't think straight and because of that I let a door slam on my fingers, causing me pain for days.

16. When my parents realized that I wasn't getting better after the war had ended, my parents were forced to pay for medical treatment. I was diagnosed with both Post Traumatic Stress Disorder ("PTSD") as well as Anxiety Disorder.

17. I underwent Cognitive Behavioral Therapy ("CBT"), which appeared to help at first. However, even after CBT, many of the symptoms continued to plague my life. My doctors have also suggested that some of my issues were merely buried, rather than removed, contributing to my later troubles during high school.

18. In 2011, when I was nearly 12-years old, my family thought it would be good for me to attend a sleep-away camp just a few hundred yards from our house. While my friends were

3

having fun in the planned activities, I would cry begging for my parents to come visit me. When they did, the thought that they would leave again at the end of the visit filled me with dread and I begged for them to stay.

19. I traveled with my mother to America to attend a friend's Bat Mitzvah. The girls were all housed together while most adults were housed separately. Every night the trip counsellors would try to convince me to stay with the other girls but my dread of being away from my mother was too overwhelming.

20. When I entered high-school, my symptoms took another turn for the worse. School officials described me as exhibiting "at-risk" behavior.

21. I started drinking alcohol in ninth-grade. It helped calm my nerves. Nerves that seemed to be on the edge of collapsing since that first rocket fell in 2006. This drew me to drink more often and heavily. I missed tests and skipped classes. Often I would leave for days at a time until the police found me and brought me back.

22. My family brought me to a psychologist and addiction specialist in Jerusalem. Dr. Sanford Landa expressed his opinion that my "at-risk" behavior was due to a reemergence of my trauma from the war.

23. Because of my behavior, the Ministry of Social Affairs and Social Services transferred me to a special school in Jerusalem where I could try to finish my high-school education, receive therapy, and help my addiction recovery. My friends have all graduated and moved on to their university studies.

24. I recently worked up the courage to attend a friend's wedding out of town. For the entire eight hours that I was gone my heart was racing and I was in a state of constant anxiety and panic.

4

25. Since the first attack in 2006 I have suffered consistent bouts of depression. My body feels like it is in a constant state of life or death. My heart races, my breath refuses to slow down, I cannot concentrate, and my stomach constricts and aches. Sleep is rare, and when I do get some, it often comes with nightmares of explosions, screaming, and blaring sirens.

26. I have worked hard with therapists and specialists to try and recover from the war twelve years ago. My doctors can't tell me how much longer it will take, or if I will ever be able to live a normal life again. If I ever do, it won't be soon.

27. Even though they moved me to a school in Jerusalem, I was unsuccessful in finishing my studies because of my drinking which started at age 15. The drinking got worse when I went to boarding school because of my fears resulting from the war. I drink a lot. I can drink bottles of vodka. Most of the time I drink, I am drinking by myself. This is even more dangerous. It's often in dark places where people can hurt me and this did happen a few times.

28. Because of my low self-esteem and my drinking habits, which came from my anxieties, I started to get involved in bad relationships with boys who hurt me both physically and emotionally.

29. About two months ago, I took 10 pills of Ritalin. I didn't want to feel all my fears and anxieties, the same reason I drink so heavily. I want to feel something better, or even nothing at all. After I took them, I was in school and after a few hours they realized I was in bad shape and took me to the hospital. I was admitted to the hospital and they kept me there for observation to ensure I was safe.

30. I also tried drugs a few times but didn't continue to use them because I know I will just keep taking more and more, and that scares me.

31. My school sent me to a woman who works with people who have addiction issues. She immediately sent me to an in-house rehabilitation place called Ratorno. I didn't stay

5

very long. It was very hard for me because it's a rough place to live. You aren't allowed to go out. You can't have a phone. Due to these conditions, I ran away.

32.     Many doctors have said that I need to be medicated but I don't want that to turn into one more addiction.

33.     I feel stuck. I am not in school. I am not working. I still suffer from many fears. I am afraid to go on a bus. I can't do things alone. I always have to be with other people and am very reliant on other people. I am very afraid for my future. How can I have a family and raise my own children with all my problems?

34.     I am trying to get a job in a clothing store but I am afraid to do things on my own. I am still drinking. My parents and I are working on finding a place to help me with my drinking problems. I am also trying to figure out how I could finish my studies but I don't know if I will be able to.

35.     Before the rocket attacks I did very well in school and thought of myself as a smart girl. It makes me very sad that ever since the war I haven't been able to do well at all.

36.     I feel certain that had it not been for the war, I would have finished my studies and I would now be learning in University. I would have wanted to go to school and perhaps specialize in psychology and work with people. If only I did not have these fears and anxieties. If I didn't, I would have had more confidence, been able to have healthy relationships and have better friends who don't hurt me. I would be more independent and would be able to do things on my own.

37.     I would be closer with my parents and have normal, healthy relationships with them. I would have better relationships with my siblings. I have barely seen them in the last couple of years. There are many family occasions such as my family's birthdays which I always miss now. I know I have hurt my parents very much and it hurts me to know that.

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2018, Israel

*Malka Kumer*
Malka Kumer

<(removed)>
</(removed)>




Kumer, Malka Dec.
Ex. 2