IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------- X

JAKUBOWICZ, *et al.*,

                Plaintiffs,              Docket No: 18-cv-1450 (RDM)

        -against-

ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-------------------------------------------------------------------- X

## STATUS REPORT

Plaintiff's counsel wishes to apologize to the Court if anything in the status report filed yesterday was perceived as impertinent. That was not the intention at all.

To clarify, what I meant by saying "it is unclear why entering final judgment for them was deferred until after the decision in *Borochov*; perhaps doing so was inadvertent" is that the minute order of November 7, 2023 stayed the whole case ("Accordingly, the Court hereby STAYS this case pending the D.C. Circuit's decision in Borochov."), which we understood to prevent Plaintiffs from filing a motion to enter final judgment. Of course with the benefit of 20/20 hindsight we could have sought clarification or moved to lift the stay for purposes of filing the motion to enter judgment.

Plaintiffs are glad the issue has now been resolved, and thank the Court for its understanding.

Dated:   Brooklyn, New York
          March 19, 2024

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

By: _____
     Robert J. Tolchin
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing *Status Report* was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         March 19, 2024

_____
Robert J. Tolchin