# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIVA BINYAMIN JAKUBOWICZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> *Defendants.* | Civil Action No. 18-1450 (RDM) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 65, it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs Shachar Boteach and D.A.B. and against Defendants, jointly and severally, in the total amount of $16,773,750 for compensatory damages and that each Plaintiff is entitled to the final compensatory damages listed in column four of Exhibit A. It is further **ORDERED** that Plaintiffs Shachar Boteach and D.A.B. are further entitled to an award of punitive damages against Defendants, jointly and severally, in the total amount of $33,547,500, to be apportioned relative to their individual compensatory awards, as listed in column five of Exhibit A.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: April 25, 2024

**Exhibit A**

|  | **Solatium Damages** | **Prejudgment Interest** | **Final Compensatory Damages** | **Punitive Damages** | **Total Award** |
|---|---|---|---|---|---|
| Shachar Boteach | $6,250,000 | $3,068,750 | $9,318,750 | $18,637,500 | $27,956,250 |
| D.A.B. | $5,000,000 (modifier removed) | $2,455,000 | $7,455,000 | $14,910,000 | $22,365,000 |