UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKIVA BINYAMIN JAKUBOWICZ, *et al.*,

*Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

*Defendants*.

Civil Action No. 18-1450 (RDM)

## ORDER

When multiple parties are involved, "the court may direct entry of a final judgment as to one or more, but fewer than all[] . . . parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). In the instant case, the Court has awarded relief to a subset of Plaintiffs (Shachar Boteach and D.A.B.). *See* Dkt. 66. The case is stayed, however, with respect to the other plaintiffs pending further briefing in light of *Borochov v. Iran*, No. 22-7058 (D.C. Cir.), which addressed whether the waiver of foreign sovereign immunity contained in 28 U.S.C. § 1605A applies to attempted extrajudicial killings when no one is, in fact, killed in the attack. *See* Min. Order (Nov. 7, 2023); Min. Order (Mar. 18, 2024).

As previously noted, the Court treats Plaintiffs' status report, Dkt. 63, as a motion for partial, final judgment with respect to Plaintiff Boteach and Plaintiff D.A.B. Min Order (Mar. 18, 2024). The Court has ascertained the precise amount of damages that should be awarded to each Plaintiff moving for entry of final judgment at this time. Dkt. 66. The Court now concludes that there is no just reason to further delay entry of final judgment (or to delay Plaintiffs' recovery of their damages awards) even as the Court continues to consider whether it

has jurisdiction to award relief to any or all of the remaining Plaintiffs and, if so, whether they are entitled to prevail on the merits.

The Court, accordingly, hereby enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 54(b) as to each Plaintiff identified in Appendix A to this **ORDER**.

This **ORDER** constitutes the final, appealable entry of judgment at to each Plaintiff identified in Appendix A pursuant to Federal Rule of Civil Procedure 58. The Clerk of the Court shall terminate this action as to those (but only those) Plaintiffs.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: April 26, 2024

## Exhibit A

|  | **Solatium Damages** | **Prejudgment Interest** | **Final Compensatory Damages** | **Punitive Damages** | **Total Award** |
|---|---|---|---|---|---|
| Shachar Boteach | $6,250,000 | $3,068,750 | $9,318,750 | $18,637,500 | $27,956,250 |
| D.A.B. | $5,000,000 (modifier removed) | $2,455,000 | $7,455,000 | $14,910,000 | $22,365,000 |